# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| **JOHN LOMBARDI,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 13-1542 (RMC) |
| **GEORGE WASHINGTON UNIVERSITY,** | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the Opinion issued simultaneously with this Order, it is hereby

**ORDERED** that George Washington University's Motion to Dismiss, Dkt. 6, is **GRANTED**; and it is

**FURTHER ORDERED** that Mr. Lombardi's Complaint, Dkt. 1, is **DISMISSED**. This is a final appealable Order. *See* Fed. R. App. P. 4. This case is closed.

Date: September 11, 2014

/s/
ROSEMARY M. COLLYER
United States District Judge

1