UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN LOMBARDI, | ) |
| Plaintiff, | ) Civil No. 1:13-cv-1542-RMC |
| v. | ) ECF Case |
| THE GEORGE WASHINGTON UNIVERSITY, | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF APPEAL**

Plaintiff John Lombardi, through undersigned counsel, pursuant to Rules 3 and 4(a)(1)(A), Fed. R. App. P., and gives notice that plaintiff hereby appeals to the United States Court of Appeals for the District of Columbia Circuit, from the final judgment entered in this action on September 11, 2014, the following order and judgment:

1. Opinion (Doc. No. 16) (Sept. 11, 2014); and

2. Order (Doc. No. 17) (Sept. 11, 2014).

        Respectfully submitted,

        */s/ Lynne Bernabei*

        Lynne Bernabei, DC Bar # 938936
        Bernabei & Wachtel, PLLC
        1775 T Street, N.W.
        Washington, D.C. 20009-7102
        Telephone: (202) 745-1942
        Facsimile: (202) 745-2627
        Bernabei@Bernabeipllc.com
        *Counsel for Plaintiff*

DATED: October 8, 2014

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on this <u>8th</u> day of October, 2014 on the following by the Court's ECF filing system:

Peter Eyre, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Counsel for Defendant*

*/s/ Lynne Bernabei*
_____
Lynne Bernabei